UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD DEWAINE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. FERNALD, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-07855-JVS (RAO)<br><br>ORDER DISMISSING ACTION |

On October 26, 2022, Plaintiff Floyd Dewaine Scott ("Plaintiff"), a California prisoner proceeding *pro se*, initiated this civil rights action pursuant to 42 U.S.C. § 1983, and filed a request to proceed without prepayment of the full filing fee ("IFP request"). Dkt. Nos. 1, 2. On September 29, 2023, the Court denied Plaintiff's IFP request and ordered him to pay the filing fee in full within 30 days or the case would be dismissed. The thirty-day period has lapsed, and the filing fee has not been paid.

Accordingly, IT IS ORDERED that the case is dismissed immediately.

DATED: November 01, 2023

　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　 JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE